JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SOPHANE MEAK,

    Petitioner,

v.

ERIC HOLDER, et al.,

    Respondent.

Case No. SACV 10-1628-TJH (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: January 14, 2011



Terry J. Hatter, Jr.
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY